<u>**NOT FOR PUBLICATION**</u>

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| SPACEAGE CONSULTING CORP., | : | |
| | : | Civil Action No. 11-5186 (SDW) |
| Plaintiff, | : | |
| v. | : | |
| | : | **<u>ORDER</u>** |
| HAI YI, | : | |
| | : | |
| Defendant. | : | April 9, 2012 |
| | : | |

### <u>ORDER ADOPTING THE REPORT AND RECOMMENDATION</u>
### <u>OF THE MAGISTRATE JUDGE</u>

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed February 16, 2012, regarding Defendant's motion to dismiss the complaint pursuant to Federal Rules of Civil Procedure 12(b)(2), 12b(b)(5), and 12(b)(6). Objection to the R&R was filed by Defendant, but was later withdrawn.

The Court has reviewed the R&R as well as the briefs and documents pertaining to the motion on file in this matter. Based on the foregoing, and for good cause shown,

**IT IS**, on this 9th day of April, 2012,

**ORDERED** that the R&R of Magistrate Judge Arleo filed February 16, 2012, is **ADOPTED** by this Court; and it is further

**ORDERED** that Plaintiff's complaint is **DISMISSED WITH PREJUDICE**;

2

**SO ORDERED.**

<u>s/ Susan D. Wigenton, U.S.D.J.</u>

cc: Clerk
     Magistrate Judge Madeline C. Arleo